**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

|  |  |  |
|---|---|---|
| TOBIAS DESHAWN McKAY, | ) | |
| BOP Prisoner No. 17506-003, | ) | |
|    Movant, | ) | |
| | ) | CIVIL ACTION NO. 1:20-00286-WS-N |
| v. | ) | |
| | ) | CRIMINAL ACTION NO. 1:19-00041-WS-N |
| UNITED STATES OF AMERICA, | ) | |
|    Respondent. | ) | |

## <u>ORDER</u>

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), and dated February 1, 2023 (Doc. 56[1]), is **ADOPTED** as the opinion of the Court.

Accordingly, it is **ORDERED** that Movant **TOBIAS DESHAWN McKAY**'s motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 dated May 21, 2020 (Doc. 50), is **DENIED** and **DISMISSED with prejudice**. It is further **ORDERED** that McKay is not entitled to a Certificate of Appealability in relation to this final adverse order. Further, the Court certifies that any appeal of this order and accompanying judgment would be without merit and therefore not taken in good faith. Thus, McKay is not entitled proceed *in forma pauperis* on appeal.

Final judgment in accordance with this order shall be set out by separate document in accordance with Federal Rule of Civil Procedure 58. The Clerk of Court is **DIRECTED** to administratively close the above-numbered civil action.

**DONE** and **ORDERED** this the 24th day of February 2023.

---

[1] All "Doc." citations herein refer to the docket of the above-numbered criminal action.

s/WILLIAM H. STEELE
**WILLIAM H. STEELE**
**UNITED STATES DISTRICT JUDGE**